**Order entered December 19, 2022**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-22-00621-CR
No. 05-22-00622-CR
No. 05-22-00623-CR

## WILSON ALEJANDRO MONTOYA, Appellant

### V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-00780-I, F19-00781-I, & F19-00779-I**

### ORDER

The sealed clerk's record in cause no. 05-22-00622-CR (trial court cause no. F19-00781-I) is overdue. On November 14, 2022, we struck the October 4, 2022 sealed volume of the clerk's record in cause no. 05-22-00622-CR and ordered the district clerk to file within 14 days a sealed volume of the clerk's record containing the trial court's sealing order and the sealed documents. *See* TEX. R. APP. P. 9.10(g) (providing sealed documents must be filed in separate record and sealing

order must be first document in sealed record if sealed record is filed electronically). As of the date of this order, the sealed volume of the clerk's record has not been filed.

We **ORDER the** Dallas County District Clerk to file, within **FOURTEEN DAYS** of the date of this order, a sealed volume of the clerk's record in cause no. 05-22-00622-CR with the trial court's sealing order and the sealed documents.

We **DIRECT** the Clerk to send copies of this order to Felicia Pitre, Dallas County District Clerk; and counsel for all parties.

/s/    LANA MYERS
JUSTICE